# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    Consuela Lewis

    Onassis Lewis

        Debtor(s)

Case No. 13-27361

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 07/08/2013.

2)  The plan was confirmed on  NA .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was dismissed on 04/23/2014.

6)  Number of months from filing to last payment: 4.

7)  Number of months case was pending: 13.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $3,041.09 | |
| Less amount refunded to debtor | $1,531.51 | |
| **NET RECEIPTS:** | | **$1,509.58** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $151.90 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$151.90** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| ALTAIR OH XIII LLC | Unsecured | 951.00 | 951.91 | 951.91 | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 9,587.87 | 9,587.87 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 7,266.00 | 7,266.22 | 7,266.22 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 747.00 | 747.75 | 747.75 | 0.00 | 0.00 |
| AMERICAN INTERCONTINENTAL UN | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Americash | Unsecured | 4,409.05 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 396.00 | 406.65 | 406.65 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 9,714.00 | NA | NA | 0.00 | 0.00 |
| Blatt Hasenmiller | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPELLA UNIVERSITY | Unsecured | 1,200.00 | 1,140.00 | 1,140.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,563.00 | 1,625.22 | 1,625.22 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| CMI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Collection Prof/Iasal | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BK | Unsecured | 433.00 | 433.94 | 433.94 | 0.00 | 0.00 |
| COMENITY BK | Unsecured | 371.00 | 371.67 | 371.67 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 13,463.04 | 13,463.04 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 6,516.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 1,114.00 | 1,114.43 | 1,114.43 | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 1,045.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ffcc-columbus Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Fink, Steven J | Unsecured | 1,465.88 | NA | NA | 0.00 | 0.00 |
| GECRB/WALMART | Unsecured | 1,192.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance | Unsecured | 826.00 | 529.02 | 529.02 | 0.00 | 0.00 |
| Great American Finance | Unsecured | 842.00 | 351.95 | 951.95 | 0.00 | 0.00 |
| Great American Finance | Secured | NA | 600.00 | 600.00 | 0.00 | 0.00 |
| Heritage Acceptance | Secured | 7,609.89 | NA | 1,328.84 | 201.84 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | 1,328.84 | 8,919.95 | 7,609.89 | 1,155.84 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | NA | NA | 1,310.06 | 0.00 | 0.00 |
| HR IMAGING PARTNERS | Unsecured | NA | 60.00 | 60.00 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 1,298.46 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 589.84 | 589.84 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,312.00 | 23,710.89 | 23,710.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,503.82 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,286.51 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 22,401.64 | 22,401.64 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 14,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 990.00 | 447.76 | 447.76 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 990.03 | 990.03 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 699.40 | 699.40 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 607.50 | 607.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 446.00 | 446.24 | 446.24 | 0.00 | 0.00 |
| Law Offices Of Thomas Planera & Assoc | Unsecured | 47,182.80 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 976.55 | 976.55 | 0.00 | 0.00 |
| MAIN STREET ACQUISITIONS | Unsecured | NA | 11,597.07 | 11,597.07 | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,464.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 65,524.00 | 73,067.85 | 73,067.85 | 0.00 | 0.00 |
| Mohela/Dept Of Ed | Unsecured | 6,407.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 560.00 | 560.00 | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 1,405.61 | 1,405.61 | 0.00 | 0.00 |
| MONROE & MAIN | Unsecured | 429.00 | 429.01 | 429.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,910.00 | 2,236.00 | 2,236.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 633.00 | 611.60 | 611.60 | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GRP | Unsecured | NA | 414.88 | 414.88 | 0.00 | 0.00 |
| Rjm Acq Llc | Unsecured | NA | 72.05 | 72.05 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,692.44 | 1,692.44 | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 98,678.00 | 108,483.00 | 108,483.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 36,389.00 | 38,287.37 | 38,287.37 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 28,408.00 | 29,229.40 | 29,229.40 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 13,899.00 | 14,610.81 | 14,610.81 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,853.00 | 5,029.28 | 5,029.28 | 0.00 | 0.00 |
| VERIZON | Unsecured | 2,757.00 | 2,705.06 | 2,705.06 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 12,681.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 6,260.80 | 6,260.80 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 205,000.00 | 213,343.03 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,260.80 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,938.73 | $1,357.68 | $0.00 |
| All Other Secured | $600.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,799.53** | **$1,357.68** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $23,710.89 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$23,710.89** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$357,550.12** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $151.90 |
| Disbursements to Creditors | $1,357.68 |
| | |
| **TOTAL DISBURSEMENTS** : | **$1,509.58** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/06/2014                    By: /s/ Tom Vaughn

                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**